# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Teresa Ryan, Barbara A. Ochs, Ana M. Vazquez, Marissa Hinton, and Landa Anderson on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>  v.<br><br>American Institute of Technology, Inc., an Arizona corporation,<br><br>             Defendant. | Case No.: CV 10-00979-PHX-MHM<br><br>**ORDER APPROVING COLLECTIVE ACTION SETTLEMENT AGREEMENT**<br><br>**[29 U.S.C. SECTION 216(b)]** |

      Pursuant to the parties' Stipulation for Court Approval of Collective Action Settlement Agreement, and the exhibits thereto (including a copy of the executed Settlement Agreement), and good cause appearing,

      IT IS HEREBY ORDERED as follows:

      1.    The Court finds that the Settlement Agreement is a fundamentally fair, adequate and reasonable settlement of the parties' bona fide disputes and resolves the case in a manner that is agreeable to all sides.

      2.    The Court hereby approves all terms and agreements contained within the Settlement Agreement.

      3.    The parties are to adhere to all the terms and agreements contained within the Settlement Agreement.

      4.    Upon fulfillment and satisfaction of all the terms and agreements

contained within the Settlement Agreement, the parties shall file a Notice of Satisfaction of Settlement Agreement and jointly dismiss the action.

IT IS SO ORDERED.

Dated this 3rd day of January, 2011

_____
Mary H. Murguia
United States District Judge