# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Teresa Ryan, Barbara A. Ochs, Ana M. Vazquez, Marissa Hinton, and Landa Anderson on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>American Institute of Technology, Inc., an Arizona corporation,<br><br>Defendant. | Case No.: 2:10-cv-00979-JWS<br><br>**[PROPOSED] ORDER DISMISSING ACTION**<br><br>**[29 U.S.C. SECTION 216(b)]** |

Pursuant to the parties' Notice of Satisfaction of Settlement Agreement and Joint Motion for Dismissal, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Court finds that all terms of the Settlement Agreement have been fulfilled and satisfied.

2. This matter is hereby dismissed with prejudice, as to all parties, each side to bear its own costs and fees.

IT IS SO ORDERED.